MAXCY, Respondent, vs. SWANBY, Appellant.

*January 30—February 19, 1907.*

APPEAL from a judgment of the circuit court for Bayfield county: JOHN K. PARISH, Circuit Judge. *Reversed.*

*John Walsh*, for the appellant.

*A. W. McLeod*, for the respondent.


CASSODAY, C. J.   The facts in this case are substantially the same as in *Washburn Land Co. v. Swanby, ante,* p. 1, 110 N. W. 806.   In pursuance of the stipulation of the parties in this case and the decision in that case, the judgment of the circuit court in this case is reversed, and the cause is remanded for further proceedings according to law.

*By the Court.*—Ordered accordingly.